# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GARY SHURLEY

NO. 2022 KW 0448

**AUGUST 12, 2022**

---

In Re: Gary Shurley, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1200345.

---

**BEFORE: WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

VGW
JMG
EW

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_
DEPUTY CLERK OF COURT
FOR THE COURT